

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2015

No. 04-14-00752-CV

**HUMANA INSURANCE COMPANY,**
Appellant

v.

Dolores **MUELLER,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 376765
Honorable Tina Torres, Judge Presiding

# O R D E R

The appellee's partially unopposed motion for extension of time to file motion for rehearing is GRANTED IN PART. Time is extended to June 2, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court